# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

NOV 16 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America )<br>vs. )<br>Michael Scott Cooper ) | Case No. 1:10-CR-00425-1 |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Michael Scott Cooper_, have discussed with _Dan Stark_, Pretrial Services Officer, modifications of my release conditions as follows:

To modify the condition relating to third party custodian as follows: The defendant is placed in the custody of: Joseph Slater, who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
CUSTODIAN OR PROXY

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10/15/10          _____  11/15/2010
Signature of Defendant   Date              Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                          11/15/10
Signature of Assistant United States Attorney                    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                          11-15-10
Signature of Defense Counsel                                     Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  11/15/10 .

[ ] The above modification of conditions of release is *not* ordered.

_____                                          11/15/10
Signature of Judicial Officer                                    Date

cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services