KYLE J. HUMPHREY (SBN 118477)
JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorneys for
Michael Scott Cooper

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL SCOTT COOPER,<br><br>Defendant | Case No. 1:10CR425  AWI<br><br>**STIPULATION TO CONTINUANCE OF STATUS CONFERENCE**<br><br>**Date: January 24, 2011**<br>**Time: 9:00 a.m.** |

The Defendant, Michael Scott Cooper, by and through his attorney of record, Kyle J. Humphrey, and the United States of America, by and through its attorney of record, David L. Gappa, hereby stipulate as follows:

1. The status conference in this matter is currently set for January 24, 2011.

2. Counsel for the defense is still in the process of conducting an evidentiary review, as well as, pre-trial investigation. This necessary preparation will not be completed by January 24, 2011. In order to allow defense counsel a meaningful opportunity to discuss this matter with opposing counsel, AUSA David Gappa, more time is needed.

3. Defense counsel's need for further pre-trial investigation necessitates a further continuance of the status conference.

4. The defense is requesting that Mr. Cooper's status conference be continued to February 14, 2011, at 9:00 a.m.

5. The United States has no objection to the requested continuance and the date selected.

6.      The parties agree that the time until the next status conference be excluded under the Speedy Trial Act for defense investigation and to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: January 19, 2011                         The Law Office of Kyle J. Humphrey

                                                By: /s/  Kyle J. Humphrey
                                                Kyle J. Humphrey, Attorney for Defendant,
                                                Michael Scott Cooper

DATED:  January 19, 2011                        United States Attorney's Office

                                                By: /s/ David L. Gappa
                                                David L. Gappa
                                                Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that Mr. Cooper's Status Conference date, currently set on January 24, 2011, at 9:00 a.m., be continued to February 14, 2011, at 9:00 a.m. Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

Dated:   January 21, 2011                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE