KYLE J. HUMPHREY (SBN 118477)
JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorneys for
Michael Scott Cooper

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:10CR425 AWI |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUANCE OF STATUS CONFERENCE** |
| vs. | |
| MICHAEL SCOTT COOPER, | **Date: June 27, 2011**<br>**Time: 9:00 a.m.** |
| Defendant | |

The Defendant, Michael Scott Cooper, by and through his attorney of record, Kyle J. Humphrey, and the United States of America, by and through its attorney of record, Jeremy Jehangiri, hereby stipulate as follows:

1. The status conference in this matter is currently set for June 27, 2011.

2. The defense is seeking a continuance of the status conference on two separate grounds. Counsel for the defense is still in the process of conducting an evidentiary review, as well as, pre-trial investigation. The defense is in the process of engaging an expert to examine the hard drive that was seized by law enforcement. This necessary preparation will not be completed by mid-July, 2011. In order to allow defense counsel a meaningful opportunity to discuss this matter with opposing counsel, AUSA Jeremy Jehangiri, more time is needed. Both defense counsel are presently engaged in a felony jury trial now in progress in Department 10 of the Kern County Superior Court, *People v. Clifford James Reynolds,* Kern

County Superior Court Case No. MF 009249. Jury selection is scheduled to commence on Monday, June 27, 2011.

3. The defense is requesting that Mr. Cooper's status conference be continued to July 25, 2011, at 9:00 a.m.

4. The United States has no objection to the requested continuance and the date selected.

5. The parties agree that the time until the next status conference be excluded under the Speedy Trial Act for defense investigation and to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: June 23, 2011                          The Law Office of Kyle J. Humphrey

                                              By: /s/ Jared M. Thompson
                                              Jared M. Thompson, Attorney for
                                              Defendant, Michael Scott Cooper


DATED: June 23, 2011                          United States Attorney's Office

                                              By: /s/ Jeremy Jehangiri
                                              Jeremy Jehangiri
                                              Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that Mr. Cooper's Status Conference date, currently set on June 27, 2011, at 9:00 a.m., be continued to July 25, 2011, at 9:00 a.m.  Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

Dated:   June 23, 2011                         _____
                                               CHIEF UNITED STATES DISTRICT JUDGE