KYLE J. HUMPHREY (SBN 118477)
JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorneys for
Michael Scott Cooper

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:10CR425 AWI |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUANCE OF STATUS CONFERENCE** |
| vs. | |
| MICHAEL SCOTT COOPER, | **Date: October 3, 2011**<br>**Time: 9:00 a.m.** |
| Defendant | |

    The Defendant, Michael Scott Cooper, by and through his attorney of record, Kyle J. Humphrey, and the United States of America, by and through its attorney of record, Jeremy Jehangiri, hereby stipulate as follows:

1. The status conference in this matter is currently set for October 3, 2011 at 9:00 a.m.

2. The defense is seeking a continuance of the status conference on the ground that additional time is needed for the defense expert to examine computer-related evidence seized by law enforcement and for defense counsel and defendant to view the images that are the subject matter of the present case.

3. The defense is requesting that Mr. Cooper's status conference be continued to November 28, 2011, at 9:00 a.m.

4. The United States has no objection to the requested continuance and the date selected.

5. The parties agree that the time until the next status conference be excluded under the Speedy Trial Act for defense investigation and to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: September 28, 2011    The Law Office of Kyle J. Humphrey

By: /s/  Jared M. Thompson
Jared M. Thompson, Attorney for
Defendant, Michael Scott Cooper

DATED:  September 28, 2011    United States Attorney's Office

By: /s/ Jeremy Jehangiri
Jeremy Jehangiri
Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

**ORDER**

IT IS HEREBY ORDERED that Mr. Cooper's Status Conference date, currently set on October 3, 2011, at 9:00 a.m., be continued to November 28, 2011, at 9:00 a.m. Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

Dated:   September 28, 2011          _____
                                      CHIEF UNITED STATES DISTRICT JUDGE