KYLE J. HUMPHREY (SBN 118477)
JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorneys for
Michael Scott Cooper

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL SCOTT COOPER,<br><br>Defendant | Case No. 1:10CR425  AWI<br><br>**STIPULATION AND ORDER TO CONTINUANCE OF STATUS CONFERENCE**<br><br>**Date:  November 28, 2011**<br>**Time: 9:00 a.m.** |
|---|---|

The Defendant, Michael Scott Cooper, by and through his attorney of record, Kyle J. Humphrey, and the United States of America, by and through its attorney of record, Jeremy Jehangiri, hereby stipulate as follows:

1. The status conference in this matter is currently set for November 28, 2011 at 9:00 a.m.

2. The defense is seeking a continuance of the status conference on the ground that additional time is needed for the defense expert to complete the analysis of the alleged contraband in this case and to confer with defense counsel, as well as the defendant, regarding the expert's findings.

3. The defense is requesting that Mr. Cooper's status conference be continued to December 19, 2011, at 9:00 a.m.

4. The United States has no objection to the requested continuance and the date selected. The date was selected after consultation between the attorneys regarding a reasonable estimate to complete review of the evidence.

5.   The parties agree that the time until the next status conference be excluded under the Speedy Trial Act for defense investigation and to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: November 21, 2011            The Law Office of Kyle J. Humphrey

                                    By: /s/  Jared M. Thompson
                                    Jared M. Thompson, Attorney for
                                    Defendant, Michael Scott Cooper

DATED:  November 21, 2011           United States Attorney's Office

                                    By: /s/ Jeremy Jehangiri
                                    Jeremy Jehangiri
                                    Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

**ORDER**

IT IS HEREBY ORDERED that Mr. Cooper's Status Conference date, currently set on November 28, 2011, at 9:00 a.m., be continued to December 19, 2011, at 9:00 a.m.  Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

Dated:   November 23, 2011                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE