KYLE J. HUMPHREY (SBN 118477)
JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorneys for
Michael Scott Cooper

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL SCOTT COOPER,<br><br>Defendant | Case No. 1:10CR425  AWI<br><br>**STIPULATION AND PROTECTIVE ORDER CONCERNING COMPUTER MEDIA CONTAINING CHILD PORNOGRAPHY**<br><br>**Hon. Anthony W. Ishii** |
|---|---|

The Defendant, Michael Scott Cooper, by and through his attorney of record, Kyle J. Humphrey, and the United States of America, by and through its attorney of record, Jeremy Jehangiri, hereby stipulate as follows:

1. United States Federal Bureau of Investigation agents and or representatives, and or the Bakersfield Police Department personnel, shall make a duplicate copy of the hard drive and any attendant storage media for defense analysis.

2. The duplicate copies of the hard drive and storage media shall be made available for defense counsel, Kyle J. Humphrey, Esq., and defendant's proposed experts Richard Albee of "Datachasers" and Robert Aguero at the Bakersfield Police Department in Bakersfield, CA for the purpose of preparing for trial regarding the above-entitled action.

The images on the hard drive shall not be viewed by any other person unless defense counsel is present and the viewing is necessary to prepare for defendant's defense.

3. A private room will be provided for the defense examination. No government agents will be permitted inside the room;

4. The expert(s) will be entitled to bring whatever equipment, books or records, believed to be necessary to conduct the examination;

5. Neither the defense expert nor defense attorney shall remove the hard drive or other storage media from the Bakersfield Police Department.

6. With the exception of materials which would be considered child pornography under federal law (including visual images and data capable of conversion into a visual image), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered. The expert will certify in writing that he has taken no materials which would be considered child pornography under federal law and that he has not caused any child pornography to be sent off site.

7. Except when a defense expert or attorney fails to provide this certification, no Government official or any person connected with the Government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analyses. Should a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography, Government officials may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

8. When the defense indicates that it is finished with its review of the copy of the hard drives, said drives shall be "wiped" clean and promptly returned to defendant's proposed expert(s) whom originally provided the drives for the purpose of this examination.

9. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

**IT IS SO STIPULATED**.

DATED: November 23, 2011                    The Law Office of Kyle J. Humphrey

                                            By: /s/ Jared M. Thompson_____
                                            Attorney for Defendant
                                            Michael Scott Cooper


DATED:  November 23, 2011                   United States Attorney's Office

                                            By: /s/ Jeremy Jehangiri_____
                                            Jeremy Jehangiri
                                            Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

Protective Order Concerning Computer Media - 3

**ORDER**

**THE COURT HEREBY ORDERS**:

1. United States Federal Bureau of Investigation agents and or representatives, and or the Bakersfield Police Department personnel, shall make a duplicate copy of the hard drive and any attendant storage media for defense analysis.

2. The duplicate copies of the hard drive and storage media shall be made available for defense counsel, Kyle J. Humphrey, Esq., and defendant's proposed experts Richard Albee of "Datachasers" and Robert Aguero at the Bakersfield Police Department in Bakersfield, CA for the purpose of preparing for trial regarding the above-entitled action. The images on the hard drive shall not be viewed by any other person unless defense counsel is present and the viewing is necessary to prepare for defendant's defense.

3. A private room will be provided for the defense examination. No government agents will be permitted inside the room;

4. The expert(s) will be entitled to bring whatever equipment, books or records, believed to be necessary to conduct the examination;

5. Neither the defense expert nor defense attorney shall remove the hard drive or other storage media from the Bakersfield Police Department.

6. With the exception of materials which would be considered child pornography under federal law (including visual images and data capable of conversion into a visual image), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered. The expert will certify in writing that he has taken no materials which would be considered child pornography under federal law and that he has not caused any child pornography to be sent off site.

7. Except when a defense expert or attorney fails to provide this certification, no Government official or any person connected with the Government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analyses.  Should a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography, Government officials may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

8. When the defense indicates that it is finished with its review of the copy of the hard drives, said drives shall be "wiped" clean and promptly returned to defendant's proposed expert(s) whom originally provided the drives for the purpose of this examination.

9. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED.

Dated:   November 23, 2011          _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

Protective Order Concerning Computer Media - 5