KYLE J. HUMPHREY (SBN 118477)
JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorneys for
Michael Scott Cooper

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL SCOTT COOPER,<br><br>Defendant | Case No. 1:10CR425  AWI<br><br>**STIPULATION TO CONTINUANCE OF STATUS CONFERENCE**<br><br>**Date:  December 19, 2011**<br>**Time: 9:00 a.m.** |
|---|---|

The Defendant, Michael Scott Cooper, by and through his attorney of record, Kyle J. Humphrey, and the United States of America, by and through its attorney of record, Jeremy Jehangiri, hereby stipulate as follows:

1. The status conference in this matter is currently set for December 19, 2011 at 9:00 a.m.

2. The defense is seeking a continuance of the status conference on the ground that counsel for the defendant must undergo a necessary medical procedure on the advice of his physician. The procedure was scheduled for December 19, 2011, as that was the earliest available date to perform the procedure.

3. The defense is requesting that Mr. Cooper's status conference be continued to January 23, 2012, at 9:00 a.m.

4. The United States has no objection to the requested continuance and the date selected. The date was selected after consultation between the attorneys regarding the reason for the defense's request.

5.  The parties agree that the time until the next status conference be excluded under the Speedy Trial Act for counsel availability and to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: December 15, 2011              The Law Office of Kyle J. Humphrey

                                      By: /s/  Jared M. Thompson
                                      Jared M. Thompson, Attorney for
                                      Defendant, Michael Scott Cooper

DATED:  December 15, 2011             United States Attorney's Office

                                      By: /s/ Jeremy Jehangiri
                                      Jeremy Jehangiri
                                      Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

**ORDER**

IT IS HEREBY ORDERED that Mr. Cooper's Status Conference date, currently set on December 19, 2011, at 9:00 a.m., be continued to January 23, 2012, at 9:00 a.m. Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

Dated:   December 16, 2011                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE