BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: 559-497-4000

Attorneys for Plaintiff
  United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-cr-00425-AWI |
| Plaintiff, | STIPULATION AND AGREEMENT TO VACATE JURY TRIAL DATE; **ORDER** |
| v. | |
| MICHAEL SCOTT COOPER, | |
| Defendant. | Honorable Anthony W. Ishii |

The United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, and Defendant Michael Scott Cooper, by and through his counsel, Kyle J. Humphrey, submit this stipulation for the Court's consideration.

IT IS STIPULATED AND AGREED:

1.   The parties request that the jury trial and trial related dates in this case be vacated from the Court's calendar of May 1, 2012, at 9:00 a.m.

2.   The parties stipulate that a plea agreement has been reached in this case.  The plea agreement was filed with the Court on April 17, 2012.

3.   The parties also request that the Court schedule a change of

1

plea hearing at 10:00 a.m., Monday, May 21, 2012, or any other time as the Court deems appropriate.

4. The parties stipulate and agree that the time resulting from consideration by the Court of a proposed plea agreement should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(G).

5. Pursuant to the terms of the plea agreement, the parties stipulate and agree that the interests of justice served by accepting this stipulation outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED AND AGREED.

Dated: April 17, 2012     /s/ *Jeremy Jehangiri*
                          Jeremy R. Jehangiri
                          Assistant United States Attorney

Dated: April 17, 2012     /s/ *Kyle J. Humphrey*    (as authorized)
                          Kyle J. Humphrey
                          Attorney for Defendant

///

///

///

///

**ORDER**

1. The jury trial and trial related dates in this case are VACATED from the Court's calendar of May 1, 2012, at 9:00 a.m.

2. A Change of Plea Hearing is set at 10:00 a.m., Monday, May 21, 2012.

IT IS SO ORDERED.

Dated:     April 18, 2012                                       
                                    CHIEF UNITED STATES DISTRICT JUDGE