BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
    United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00425-AWI |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| MICHAEL SCOTT COOPER, ) | |
| Defendant. ) | |

WHEREAS, on May 25, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Michael Scott Cooper forfeiting to the United States the following property:

      a.   One Toshiba Laptop Computer, Model A215-55829, Serial Number 58124590K;

      b.   One Hitachi Hard Drive, Model HTS542516K9SA00, Serial Number 080404b0C00QGG9MN8C.

AND WHEREAS, beginning on May 26, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Michael Scott Cooper.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:     September 4, 2012                    _____
                                          CHIEF UNITED STATES DISTRICT JUDGE