UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL SCOTT COOPER,<br><br>        Defendant. | CASE NO.  1: 1:10-CR-00425-JLT<br><br>**ORDER GRANTING MOTION FOR STAY OF DETENTION ORDER** |

  The government's motion for a stay of the May 29, 2025 release order is hereby GRANTED.

IT IS SO ORDERED.

  Dated: __May 30, 2025__

                  */s/ Jennifer L. Thurston*
                 UNITED STATES DISTRICT JUDGE