**MONICA L. BERMUDEZ**
Attorney at Law, State Bar No. 275434
1304 L. Street
Bakersfield, CA 93301
Tel: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for Defendant
MICHAEL COOPER

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL COOPER,<br><br>    Defendant, | Case No.: 1:10-CR-00425-JLT<br><br>**MOTION FOR CONTINUANCE OF STATUS CONFERENCE; ORDER** |

   COMES NOW, Defendant, MICHAEL COOPER, by and through his attorney of record, Monica L. Bermudez, CJA Panel Attorney, and moves the court for an order to reset the Status Conference currently set for July 10, 2025, at 2:30 p.m in Bakersfield, Califronia before United States Magistrate Judge Christopher D. Baker.

   Counsel is scheduled to appear at a detention hearing for case *United States Of America v. Angel Soto 1:25-mj-00072* in Fresno, California on July 10, 2025 at 2:00 p.m. before United States Magistrate Judge Erica P. Grojean.

   I have spoken to AUSA Luke Baty and he has no objection to continuing the Status Conference to July 30, 2025. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

/ / /

/ / /

U.S. v. Michael Copper; 1:10-cr-00425
**MOTION FOR CONTINUANCE OF STATUS CONFERENCE** [Proposed Order]  - 1

Date: July 9, 2025

      /s/Monica L. Bermudez
MONICA L. BERMUDEZ
Attorney for Defendant,
MICHAEL COOPER

Date: July 9, 2025

      /s/Luke Baty
LUKE BATY
Assistant United States Attorney

## ORDER

For good cause shown in the representations of counsel for Defendant, the unopposed request to continue status conference is GRANTED. Accordingly, the status conference currently set for July 10, 2025, at 2:30 p.m, is CONTINUED to July 30, 2025, at 2:30 p.m, in Bakersfield (CDB) before Magistrate Judge Christopher D. Baker.

IT IS SO ORDERED.

Dated: **July 9, 2025**

UNITED STATES MAGISTRATE JUDGE