MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
MICHAEL COOPER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>MICHAEL COOPER,<br><br>             Defendants. | CASE NO. 1:10-CR-00425-JLT<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: October 27, 2025<br>TIME: 9:00 a.m.<br>Honorable Judge Thurston |

**STIPULATION**

Michael Cooper, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. On July 30, 2025, Mr. Cooper appeared before the Court and entered an admission to Counts 1, 2, and 3 of the amended violation of supervised release. Sentencing was scheduled for September 15, 2025.

2. By court order, the matter was continued to September 22, 2025.

3. Counsel for Mr. Cooper will be out of the country from September 18, 2025, through September 28, 2025.

4. In addition, Counsel has been ordered to appear for sentencing in the matter of *United States*

1

*v. Lisa Santana; 24-CR-00055 SLG-KFR* in the United States District Court of Alaska before the Honorable Judge Gleason on October 8, 2025.

5. Counsel has spoken to AUSA Luke Baty and he has no objection to the requested date.

**IT IS SO STIPULATED.**

DATED: August 25, 2025

                                                    */s/ Monica L. Bermudez*
                                                    MONICA L. BERMUDEZ
                                                    Counsel for Defendant
                                                    Michael Cooper

DATED: August 25, 2025

                                                    */s/ Luke Baty*
                                                    LUKE BATY
                                                    Assistant United States Attorney

# **O R D E R**

**IT IS SO ORDERED** that the sentencing set on September 22, 2025, be continued to **October 27, 2025, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: __**August 25, 2025**__                                       _____
                                                                          UNITED STATES DISTRICT JUDGE

2