Monica L. Bermudez, BAR #275434
Attorney at Law
1304 "L" St
Bakersfield, CA 93306
Telephone: 661-616-2141
monica@lawbermudez.com

Attorney for Defendant Michael Cooper

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Michael Cooper<br><br>　　　　　Defendant, | No. 1:10:cr-00425 JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MONICA L BERMUDEZ AS ATTORNEY OF RECORD; ORDER** |

On May 29, 2025, Defendant Michael Cooper was arraigned on violation of supervised release. CJA Panel Attorney Monica L. Bermudez was appointed on May 30, 2025, as counsel to represent Mr. Cooper in his criminal case. Mr. Cooper was sentenced on October 27, 2025, pursuant to an admission. The time for filing a direct appeal was November 10, 2025. No direct appeal was filed, and he was in custody at sentencing. Mr. Cooper's criminal case has now therefore come to an end. Having completed her representation of Mr. Cooper, CJA attorney Monica L. Bermudez now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Cooper require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 11/17/2025                                    Respectfully submitted,

                                                     */s/ Monica L. Bermudez*
                                                     Monica L. Bermudez,
                                                     Attorney for Defendant
                                                     Michael Cooper

## ORDER

Having reviewed the notice and found that attorney Monica L. Bermudez has completed the services for which she was appointed, the Court hereby grants attorney Monica L. Bermudez's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Michael Cooper at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Taft Modified Community Correctional Facility

Michael Cooper

330 Commerce way

Taft, CA 93268

IT IS SO ORDERED.

   Dated:   **November 17, 2025**                                   *Jennifer L. Thurston*
                                                        UNITED STATES DISTRICT JUDGE